AGNES E. COLONEY, ERA L. ABEL and HENRY F. ABEL, by their Guardian ad Litem, JAY C. COLONEY, Respondents, *v.* EDWIN FARROW, Appellant.

*Coloney* v. *Farrow,* 22 App. Div. 630, affirmed.
(Argued November 22, 1900; decided December 7, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1897, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*Edgar T. Brackett* for appellant.

*T. F. Hamilton* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, MARTIN and VANN, JJ. Not voting: BARTLETT and HAIGHT, JJ. Not sitting: LANDON, J.

---

FLOUR CITY NATIONAL BANK, Respondent, *v.* DAVID LITTLE et al., Appellants, Impleaded with Others.

*Flour City Nat. Bank* v. *Little,* 24 App. Div. 631, affirmed.
(Argued November 22, 1900; decided December 7, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 23, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Edward F. Wellington* for appellants.

*Joseph S. Hunn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.